## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JENNIE WILLIAMS                                                                                              PLAINTIFF

V.                                          2:13CV00143-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of August, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE